MEMORANDUM OF NON-JURY TRIAL

# United States District Court

For the Western District of Pennsylvania

UNITED STATES OF AMERICA

*Plaintiff*

vs.

JAMAR DUPREE ATKINSON (1)

*Defendant*

No. CRIM 04-49 ERIE

HEARING ON SENTENCE

Before Judge MAURICE B. COHILL, JR.

Marshall J. Piccinini, AUSA      DOUGLAS SUGHRUE, ESQ.

*Appear for Plaintiff*      *Appear for Defendant*

Hearing begun 1:30 pm 10/3/05      Hearing adjourned to

Hearing concluded C. A. V. 2:00 pm 10-3-05      Stenographer Janice Ferguson

WITNESSES:

*For Plaintiff*      *For Defendant*

Defendant's Objection is Denied
23/IV; 70-87; 4-5 s.r.; $19,000 - $400,000 fine; $100 s.a.

Sentenced to 70 months; 4 years supervised release, fine waived, $100 special assessment.