A motion to Amend Judgement

Jamar D. Atkinson
Fed. Reg. No. # 20230-068
Federal Correctional Institution McKean
P.O. Box 8000
Bradford, Pennsylvania 16701

Honorable Senior Judge Maurice B. Cohill
United States District Court
Western District of Pennsylvania
Federal Courthouse
17 South Park Row
Erie, Pennsylvania 16501

FILED
OCT 24 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

RECEIVED
OCT 24 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

RE: U.S.A. V. Jamar D. Atkinson
Case No. 1:04 cr 00049-001

Dear, Honorable senior Judge Maurice B. Cohill Jr.

Enclosed Please find Defendant's motion to Amend Judgement Certificate of Service, Along with a copy of which is requested to be forwarded to Marshall Piccinini, AUSA, the Prosecutor on the above titled case.

Very Truly yours,

Jamar D. Atkinson
20230-068
Jamar D. Atkinson

### A Motion to Amend Judgement

Dear, Honorable Senior Judge Maurice B. Cohill Jr.

Dear your Honor I'm writing a Motion to Amend Judgement. I was sentenced to serve 70 months to the B.O.P on October 3, 2005. I was revoccated/resentenced 2 to 4yrs by the County with 18 months credited. I was in custody from 9-20-04 to the end of March 2006 in the Erie County Prison. I was transferred from the County to the State to serve my 2 to 4yr sentence. I was in the state's custody from 3-28-06 to 4-2-07. I'm asking that my time be ran concurrent I been in custody since 9-20-04 but my federal hold was lossed 11-27-04 so I'm asking that my time be ran concurrent from the date stated up until now your Honor. My family needs my Grandmother is getting older and I would like to be there to take care of her. I also have a 2yrs old daughter who was born while I was in custody to which I still haven't seen or held in person. My daughter's mother is a single parent and a mother of 5 children who I feel needs my help with my daughter as well as the other children. I would like to be there for them as a positive role model. I also would like to be present when my daughter starts her first day of school. I don't want my daughter to be fatherless or as she gets older and starts to think her father isn't around. I already missed 2 years of her life I'm not trying to miss out on to much more of her life. I know I did wrong for the crime I committed and I sit back everyday regretting the situation i'm in. I was influenced by negative things and negative people. When my mother passed away it seem like everything went downhill for me. I started getting into a lot of trouble things that I could have prevented. But I don't look at it like that I made the choices that I made not anybody else. I can't play the victim stance I put myself in this situation. I'm missing out on a lot of things that are real important to me. I'm missing out on how to be a supportive parent to my daughter. Me not being there hurts me deeply. That's why I'm asking that my time be ran concurrent so I can be there to take care of my

Grandmother and daughter. Right now I'm in school trying to get my GED so I can better myself as a whole. Mr. Cohill my main concern is my daughter Your Honor that's why I'm asking that my time be ran concurrent. Your Honor I have learned my lesson this time has molded and helped me understand life and myself. It has also shown me to value your family I haven't been in any trouble, I'm conduct free all through my State sentence up until now. I applied for programs that I feel can help me succeed in life after I'm released. I applied for success after Prison and basic drug education. Your Honor your help and assistance is greatly needed. So if you could run my time concurrent I can be home with my family and my daughter who both need me dearly. Thank you for taking the time out to read this Your Honor I clearly appreciate it.

Very Truly Yours,

Jamar D. Atkinson
#20230-068