Federal Correctional Institution McKean
Name: James Atkinson
Reg.#: 20230-068
P.O. Box 8000
Bradford, PA 16701

Pennsylvania Western District Court
Secietary of Judge Honorable Judge Cohill
17 South Park Row
Erie, PA. 16501

RECEIVED
OCT 2 4 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA