IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. 04-49 Erie |
| ) | |
| JAMAR DUPREE ATKINSON ) | |
| ) | |

## MEMORANDUM ORDER

The Court has received a letter from Defendant, a copy of which is attached hereto as Appendix I. The letter is entitled as a "Motion to Amend Judgment." We will direct that the letter be filed and we will treat it as a motion to amend judgment. In his Motion the Defendant asks that we amend his judgment to make his sentence of imprisonment concurrent.

A court may not modify a term of imprisonment once it has been imposed except as permitted by 18 U.S.C. § 3582(c). Defendant's Motion does not set forth circumstances which fall within the ambit of 18 U.S.C. § 3582(c).

AND NOW, this 6th day of November, 2007, it is hereby ORDERED, ADJUDGED, and DECREED that Defendant's Motion to Amend Judgment is DENIED.

Maurice B. Cohill, Jr.
Senior Judge

cc:   Jamar D. Atkinson
      Federal Correctional Institution McKean
      Reg.# 20230-068
      P.O. BOX 8000
      Bradford, PA 16701

      Marshall Piccinini, AUSA