Federal Correctional Institution McKean
Name: Jamar D. Atkinson
Reg.#: _____
P.O. Box 8000
Bradford, PA 16701

**RECEIVED**

**FEB - 5 2008**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

16501$1127

Office of the Clerk
102 U.S. Courthouse
617 State Street
Erie, Penna 16501

ERIE PA 165
31 JAN 2008 PM 1 L


41 USA