IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-49 Erie |
| | ) |
| JAMAR DUPREE ATKINSON | ) |

**ORDER APPOINTING**
**FEDERAL PUBLIC DEFENDER**

AND NOW, this 17th day of March, 2008, pursuant to the February 11, 2008, Administrative Order relating to the appointment of counsel in crack amendment retroactivity cases, IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1111 Renaissance Centre, 1001 State Street, Erie, Pennsylvania 16501, telephone number (814) 455-8089, is hereby appointed to represent the defendant in all matters pertaining to this action.

PRIMARY COUNSEL:   Thomas W. Patton
   Assistant Federal Public Defender
   PA State ID #88653

   _____
   Maurice B. Cohill, Jr.
   Senior United States District Judge