PROB 12C
(PAWP 4/16)

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF PENNSYLVANIA

## Supplemental Petition for Warrant or Show Cause Hearing for Offender Under Supervision

| | | |
|---|---|---|
| Offender: | Jamar Dupree Atkinson | Docket No.1:04CR00049 |
| Sentencing Judge: | Maurice B. Cohill, Jr., Senior United States District Judge | |
| Date of Original Sentence: | October 3, 2005 | |
| Original Offense: | Possess With Intent to Distribute Five Grams or More of Cocaine Base | |
| Original Sentence: | 70 months of imprisonment; 48 months of supervised release | |
| Date of Amended Sentence: | September 2, 2008 | |
| Amended Sentence: | 60 months of imprisonment; 48 months of supervised release | |
| Special conditions: | Special Assessment, Substance Abuse Testing, Education/Training Requirements, Mental Health Treatment, DNA testing | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: November 19, 2010 |
| Prior Court History: | 12-3-13: Court issued a warrant without bond. | |

### PETITIONING THE COURT

☐ To Issue a Warrant
☐ To Schedule a Show Cause Hearing

☐ To Issue a Summons
☒ Other- Requesting that the information provided in this report be incorporated as part of the previous petition filed on November 26, 2013, and be made a part of the record in this case

THE PROBATION OFFICER BELIEVES THAT THE OFFENDER HAS VIOLATED THE FOLLOWING CONDITION(S)

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | Shall Not Commit Another Federal, State or Local Crime |

As indicated in the previously filed petition of November 26, 2013, the offender was charged with Burglary, Robbery-Threat/Immediate Injury, Criminal Conspiracy, Aggravated Assault, Possession of Firearm Prohibited, Firearms Not to be Carried Without a License, Recklessly Endangering Another Person, Theft by Unlawful Taking-Movable Property, and Receiving Stolen Property in the Westmoreland County Court of Common Pleas at Docket No. 53C14. The offense occurred on November 15, 2013, and he has been in custody since that date.

On July 7, 2015, he pled guilty to Conspiracy-Burglary-Overnight Accommodation, Person Present and was sentenced to 2 ½ to 5 years' incarceration. He received no further penalty for two counts of Aggravated Assault; Burglary- Accommodation, Person Present; and Robbery-Threat of Immediate Serious Injury. The charges of Theft by Unlawful Taking-Movable Property and Receiving Stolen Property were merged for the purpose of sentencing. All remaining counts were dismissed. The offender has been paroled from state custody on May 24, 2016, and is now in federal custody.

Offender: Jamar Dupree Atkinson
Docket No.1:04CR00049

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

By: _____
Terrell L. Lewis
U.S. Probation Officer

Approved By: _____
Romona Clark
Assistant Deputy Chief U.S. Probation Officer

Date: _____5/25/2016_____

**THE COURT ORDERS:**
☐ No Action
☐ The Issuance of a Warrant and:
  ☐ No Bond is set
  ☐ Bond is set at _____
  ☐ Bond is at the discretion of the Magistrate Judge
☐ That the (probationer/supervised release) appear at the United States Courthouse, at _____, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.

☐ That a Summons be issued and the (probationer/supervised release) appear at the United States Courthouse, at Pittsburgh, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked. The (probationer/supervised release) is hereby ordered to abide by the conditions of supervision which were originally imposed on _____.

☒ Other- Requesting that the information provided in this report be incorporated as part of the previous petition filed on November 26, 2013, and be made a part of the record in this case

_____
Maurice B. Cohill, Jr., Senior United States District Judge

5/31/16
Date